## UNITED STATES BANKRUPTCY COURT

SOUTHERN  DISTRICT OF  TEXAS

HOUSTON

In re:  Diamond Sports Net, LLC                   §          Case No.   23-90126
                                                              §
_____          §
                                                              §
               Debtor(s)                                §          ☐ Jointly Administered

# Post-confirmation Report                                    Chapter 11

Quarter Ending Date: 06/30/2025                    Petition Date: 03/14/2023

Plan Confirmed Date: 11/14/2024                    Plan Effective Date: 01/02/2025

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

                                                                  ○ Other Authorized Party or Entity: _____
                                                                          Name of Authorized Party or
                                                                          Entity

/s/ John F. Higgins _____          John F. Higgins _____
Signature of Responsible Party                        Printed Name of Responsible Party

07/28/2025 _____
Date

                                                                  1000 Main St., 36th Floor, Houston, TX 77002 _____
                                                                  Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

Debtor's Name Diamond Sports Net, LLC                                    Case No.  23-90126

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $60,480,700 | $119,567,417 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $60,480,700 | $119,567,417 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

UST Form 11-PCR (12/23/2022)                                    2

Debtor's Name Diamond Sports Net, LLC                                             Case No.   23-90126

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxviii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |

UST Form 11-PCR (12/23/2022)                                    3

Debtor's Name Diamond Sports Net, LLC                                                    Case No.   23-90126

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvii | | | | | |
| | lxxxvii | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $0 | $1,369,588 | $0 | $1,369,588 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Jenner & Block | Special Counsel | $0 | $912,900 | $0 | $912,900 |
| | ii | DLA Piper | Other | $0 | $151,985 | $0 | $151,985 |
| | iii | Gray Robinson PA | Special Counsel | $0 | $448 | $0 | $448 |
| | iv | The Farm LLP | Special Counsel | $0 | $303,930 | $0 | $303,930 |
| | v | Mitchell Silberberg & Knupp LL | Special Counsel | $0 | $325 | $0 | $325 |
| | vi | | | | | | |

UST Form 11-PCR (12/23/2022)                                        4

Debtor's Name Diamond Sports Net, LLC          Case No.  23-90126

| | | | | | |
|---|---|---|---|---|---|
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |

UST Form 11-PCR (12/23/2022)          5

Debtor's Name Diamond Sports Net, LLC                                    Case No.  23-90126

| | | | | | |
|---|---|---|---|---|---|
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxvii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |

UST Form 11-PCR (12/23/2022)                          6

Debtor's Name Diamond Sports Net, LLC                                        Case No.  23-90126

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $1,369,588 | $0 | $1,369,588 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $2,587 | $0 | $2,587 | $2,587 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $1,102 | $0 | $1,102 | $1,102 | 100% |
| d. General unsecured claims | $4,791,489 | $0 | $4,791,489 | $60,499,498 | 8% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                                                     Yes ◉   No ○

    If yes, give date Final Decree was entered:                     06/30/2025

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ○

Debtor's Name Diamond Sports Net, LLC                                          Case No.   23-90126

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan.  Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ David F. DeVoe, Jr.

Signature of Responsible Party

President and Chief Operating Officer

Title

David F. DeVoe, Jr.

Printed Name of Responsible Party

07/28/2025

Date

UST Form 11-PCR (12/23/2022)                                          8

Debtor's Name Diamond Sports Net, LLC                                          Case No.   23-90126



Page 1



Other Page 1



Page 2 Minus Tables



Bankruptcy Table 1-50

Debtor's Name Diamond Sports Net, LLC

Case No.  23-90126



Bankruptcy Table 51-100



Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DIAMOND SPORTS NET, LLC,[1] | ) Case No. 23-90126 (CML) |
| | ) |
| Reorganized Debtor. | ) |
| | ) |

**NOTES REGARDING POST-CONFIRMATION REPORT**

On November 14, 2024, the Bankruptcy Court entered an order [Case No. 23-90116, Docket No. 2671] (the "Confirmation Order") confirming the *Debtors' First Amended Joint Chapter 11 Plan of Reorganization* (together with all supplements thereto, the "Plan"), a copy of which is attached to the Confirmation Order.[2]  The Effective Date of the Plan occurred on January 2, 2025 [Case No. 23-90116, Docket No. 2836].

On January 27, 2025, the Bankruptcy Court entered a final decree [Case No. 23-90116, Docket No. 2893] closing all of the Reorganized Debtors' Chapter 11 Cases other than Diamond Sports Net, LLC's chapter 11 case, Case No. 23-90126.

On June 30, 2025 the Bankruptcy Court entered a final decree [Case No.23-90126, Docket No. 184] (the "Final Decree") closing the remaining Chapter 11 Case for Diamond Sports Net, LLC, Case No. 23-90126.

In accordance with paragraph 2 of the Final Decree, this post-confirmation report (this "PCR") covers the period from April 1, 2025, through June 30, 2025, and was prepared with the assistance of the Reorganized Debtors' advisors and professionals solely for the purpose of complying with applicable reporting requirements.

The following notes, statements of limitations, methodologies, and disclaimers should be referred to, and referenced in connection with, any review of this PCR:

1. **Basis of Presentation**.  The financial information contained herein is unaudited, limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the post-confirmation reporting requirements for chapter 11 debtors issued by the United States Trustee for Region 7 (the "U.S. Trustee").

2. **Currency**.  Unless otherwise indicated, all amounts in this PCR are reflected in U.S. dollars.

3. **Accuracy.**  Although reasonable efforts have been made to ensure the accuracy of information presented herein, the Reorganized Debtors reserve all rights to amend

---

[1]  The Reorganized Debtor's service address for purposes of this chapter 11 case is:  c/o Main Street Sports Group, LLC, 2960 Post Road, Southport, CT 07890.  The Reorganized Debtor's chapter 11 case was previously jointly administered under the chapter 11 case of Diamond Sports Group, LLC, Case No. 23-90116 (CML).

[2]  Capitalized terms used by not otherwise defined herein have the meanings given to them in the Plan or the Confirmation Order, as applicable.

or supplement this PCR in all respects, as may be necessary or appropriate.

4.    **Reservation of Rights.**  Nothing contained in this PCR shall constitute a waiver of any of the Reorganized Debtors' rights or an admission with respects to their chapter 11 cases.

5.    **Specific PCR Disclosures.**

> **Part 1 (Summary of Post-confirmation Transfers) Notes.**  Cash disbursements reported in this PCR do not include (i) intercompany and debtor-to-debtor transactions[3] or (ii) cash disbursed from the Professional Fee Escrow Account.

> **Part 2 (Preconfirmation Professional Fees and Expenses) Notes**.  The amounts identified in Part 2 of this PCR have been derived from orders of the Bankruptcy Court and other filings made in the chapter 11 cases.  In addition, prior to the date of entry of the Confirmation Order, other professional fees or expenses may have been incurred and/or paid.  As noted above, these amounts do not include any amounts disbursed from the Professional Fee Escrow Account.

> **Part 3 (Recoveries of the Holders of Claims and Interests under Confirmed Plan) Notes.**  Administrative, secured, and priority claims received 100% recovery, except as otherwise set forth in the Plan.  Class 4 Claims (Junior Funded Debt Claims) received non-cash distributions pursuant to the Plan and are not reported for the purposes of this PCR.

> General Unsecured Claims included in Part 3(d) of this PCR include amounts for Class 5 Claims (Go-Forward Trade Claims) and Class 6 Claims (General Unsecured Claims), which are subject to different recoveries pursuant to the Plan.  The recovery rate reflected represents the blended recovery for these two classes of Claims.

*[Remainder of page intentionally left blank]*

---

[3] This reporting is consistent with the Reorganized Debtors' previously-filed monthly operating reports.